# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## NO. 03-10-00607-CV

**Robert M. McIntyre, Appellant**

**v.**

**Triple S. Petroleum Co., Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-09-002077, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

We withdraw our opinion and judgment of October 20, 2010, recall the earlier mandate, and substitute the following opinion in place of the previous one.

Appellant Robert M. McIntyre and appellee Triple S. Petroleum Co. have filed a joint motion for disposition of this appeal pursuant to the parties' agreement. We grant the motion, set aside the trial court's judgment without regard to the merits, and remand the cause to the trial court for rendition of judgment in accordance with the agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). All other pending motions are dismissed as moot.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Vacated and Remanded on Joint Motion

Filed:   November 19, 2010